Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: demareel@ballardspahr.com

*Attorneys for Defendant Discover*
*Financial Services*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LISA R. SALGADO, | CASE NO. 2:17-cv-03022-APG-CWH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME FOR DISCOVER FINANCIAL SERVICES TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| NATIONAL COLLEGIATE TRUST; DISCOVER FINANCIAL SERVICES DBA SLC STUDENT LOAN TRUSTS; EQUIFAX INFORMATION SERVICES, LLC, | |
| | **(First Request)** |
| Defendants. | |

Plaintiff Lisa R. Salgado and defendant Discover Financial Services ("Discover") agree that Discover has up to and including March 21, 2018 to respond to Plaintiff's First Amended Complaint (ECF No. 7), to provide time for the parties to investigate Plaintiff's allegation and discuss the potential for an early resolution of the claims asserted against Discover.

/ / /

/ / /

/ / /

1    This is the first request for such an extension, and it is made in good faith and

2  not for purposes of delay.

3         DATED this 28th day of February, 2018.

4  BALLARD SPAHR LLP                              HAINES & KRIEGER

5

6  By: /s/ Lindsay Demaree                         By: /s/ David Krieger
   Lindsay Demaree                                 David H. Krieger
7  Nevada Bar No. 11949                            Nevada Bar No. 9086
   1980 Festival Plaza Drive, Suite 900            8985 S. Eastern Avenue, Suite 350
8  Las Vegas, Nevada 89135                         Henderson, Nevada 89123

9  *Attorneys for Defendant Discover*              *Attorney for Plaintiff*
   *Financial Services*

10

11

12

13                                                 **ORDER**

14                                                 IT IS SO ORDERED:

15

16                                                 UNITED STATES MAGISTRATE JUDGE

17                                                 DATED: ___March 1, 2018___

18

19

20

21

22

23

24

25

26

27

28

DMWEST #17504423 v1