Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: demareel@ballardspahr.com

*Attorneys for Defendant Discover Financial Services*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA R. SALGADO,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE TRUST; DISCOVER FINANCIAL SERVICES DBA SLC STUDENT LOAN TRUSTS; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | CASE NO. 2:17-cv-03022-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DISCOVER FINANCIAL SERVICES TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>(Second Request) |

Discover Financial Services' ("Discover") response to Plaintiff's First Amended Complaint (ECF No. 7) is due March 21, 2018. Plaintiff Lisa R. Salgado and Discover agree that Discover has up to and including April 4, 2018 to respond to Plaintiff's pleading to provide time for the parties to continue investigating Plaintiff's allegations and discuss the potential for an early resolution of the claims asserted against Discover.

/ / /

/ / /

/ / /

DMEAST #33924369 v1

This is the second request for such an extension, and it is made in good faith and not for purposes of delay.

DATED this 20th day of March, 2018.

| BALLARD SPAHR LLP | HAINES & KRIEGER |
|---|---|
| By: /s/ Lindsay Demaree<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ David Krieger<br>David H. Krieger<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123 |
| *Attorneys for Defendant Discover Financial Services* | *Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 21, 2018