Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: demareel@ballardspahr.com

*Attorneys for Defendant Discover Financial Services*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LISA R. SALGADO,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE TRUST;<br>DISCOVER FINANCIAL SERVICES<br>DBA SLC STUDENT LOAN TRUSTS;<br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | CASE NO. 2:17-cv-03022-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DISCOVER FINANCIAL SERVICES TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>(Fourth Request) |

Discover Financial Services' ("Discover") response to Plaintiff's First Amended Complaint (ECF No. 7) is due April 18, 2018. Plaintiff Lisa R. Salgado and Discover agree that Discover has up to and including May 2, 2018 to respond to Plaintiff's pleading to provide time for the parties to continue investigating Plaintiff's allegations and discuss the potential for an early resolution of the claims asserted against Discover. While this is the parties' fourth request for an extension, counsel for the parties are actively conferring about this case and informally exchanging documents to evaluate their respective positions. Moreover, Discover currently is the only defendant involved in the case. *See* ECF No. 14 (dismissing Equifax as a party).

DMEAST #34178680 v1

Thus, the requested extension will not affect other parties and may avoid unnecessary litigation and expense. Finally, the parties' previous requests for extension have each been modest.[1]

This is the fourth request for such an extension, and it is made in good faith and not for purposes of delay.

DATED this 17th day of April, 2018.

| BALLARD SPAHR LLP | HAINES & KRIEGER |
|---|---|
| By: /s/ Lindsay Demaree | By: /s/ Rachel Saturn |
| Lindsay Demaree | David H. Krieger |
| Nevada Bar No. 11949 | Nevada Bar No. 9086 |
| 1980 Festival Plaza Drive, Suite 900 | Rachel B. Saturn |
| Las Vegas, Nevada 89135 | Nevada Bar No. 8653 |
| | 8985 S. Eastern Avenue, Suite 350 |
| *Attorneys for Defendant Discover Financial Services* | Henderson, Nevada 89123 |
| | *Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 19, 2018

---

[1] *See* ECF No. 10 (21 days); ECF No. 12 (14 days); ECF No. 15 (14 days).

2

DMEAST #34178680 v1