Michael Kind, Esq.
Nevada Bar No.: 13903
KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No.: 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Keith H. Asbell*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Keith H. Asbell,<br><br>　　　　Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc. and Trans Union LLC,<br><br>　　　　Defendants. | Case No.: 2:17-cv-03122-JCM-PAL<br><br>**Notice of Settlement between Plaintiff and Trans Union LLC** |

The dispute between Plaintiff Keith H. Asbell ("Plaintiff") and Defendant Trans Union LLC ("Defendant") has been resolved. Plaintiff anticipates filing

dismissal documents as to Plaintiff's claims against Defendant, with prejudice, within 60 days—on or before **June 25, 2018**.

DATED this 26th day of April 2018.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **June 25, 2018**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: May 3, 2018

Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on April 26, 2018, the foregoing Notice of Settlement was filed and served via CM/ECF to all parties appearing in this case.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
       Michael Kind
       6069 South Fort Apache Road, Suite 100
       Las Vegas, Nevada 89148