Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: demareel@ballardspahr.com

Attorneys for Defendant Discover
Financial Services

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA R. SALGADO,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE TRUST; DISCOVER FINANCIAL SERVICES DBA SLC STUDENT LOAN TRUSTS; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | CASE NO. 2:17-cv-03022-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DISCOVER FINANCIAL SERVICES TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(Fifth Request)** |

Discover Financial Services' ("Discover") response to Plaintiff's First Amended Complaint (ECF No. 7) is due May 2, 2018. Plaintiff Lisa R. Salgado and Discover agree that Discover has up to and including May 7, 2018 to respond to Plaintiff's pleading to provide time for the parties to continue investigating Plaintiff's allegations and discuss the potential for an early resolution of the claims asserted against Discover. While the parties have obtained four prior extensions, counsel for the parties are actively conferring about this case and informally exchanging documents to evaluate their respective positions. Discover has recently provided Plaintiff with additional documents that Plaintiff must review before the parties can

DMEAST #34178680 v1

determine whether to proceed with this action.

Moreover, Discover currently is the only defendant involved in the case. *See* ECF No. 14 (dismissing Equifax as a party). Thus, the requested extension will not affect other parties and may avoid unnecessary litigation and expense. Finally, the parties' previous requests for extension have each been modest,[1] and this extension is for only a few days.

This is the fifth request for such an extension, and it is made in good faith and not for purposes of delay.

DATED this 2nd day of May, 2018.

| BALLARD SPAHR LLP | HAINES & KRIEGER |
|---|---|
| By: /s/ Lindsay Demaree | By: /s/ Rachel B. Saturn |
| Lindsay Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant Discover Financial Services* | David H. Krieger<br>Nevada Bar No. 9086<br>Rachel B. Saturn<br>Nevada Bar No. 8653<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br><br>*Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 3, 2018

---

[1] *See* ECF No. 10 (21 days); ECF No. 12 (14 days); ECF No. 15 (14 days); ECF No. 18 (14 days).

2

DMEAST #34178680 v1